**Opinion issued May 8, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-26-00477-CV**

————————————

**IN RE HOLLIE KLEITZ, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Hollie Kleitz, filed a petition for writ of mandamus challenging two trial court orders signed on May 6, 2026, including an order denying relator's "Motion for Judgment on the Pleadings or, in the Alternative, Motion to Deem Allegations Admitted," and an order "granting [r]eal [p]arty in [i]nterest Avi Ron's

Motion for Leave to Amend" his answer.[1]  Relator's petition for writ of mandamus requested that the Court direct the trial court to vacate the orders.  Relator further requested emergency relief to stay trial in the underlying cause, which had commenced at the time the mandamus petition was filed.

We conclude that relator has failed to establish she is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus.  We further deny relator's request for emergency relief.  We dismiss any pending motion as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.

---

[1] The underlying case is *Avi Ron v. Hollie Kleitz and Quasar Development, Inc.*, Cause No. 2021-81872, in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding